### IN THE MATTER OF THE ESTATE OF TURNER CHAPPELL, DECEASED (ELKANAH COMSTOCK, APPELLANT).

JOURNAL ENTRIES (1828): *Journal 4:* (1) Motion to dismiss appeal *p. 183; (2) appeal dismissed *p. 202.

PAPERS IN FILE: [None]

*1824–36 Calendar,* MS p. 159.